DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARIEL CHMIELARZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2676

[February 22, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard Isaac Bober, Judge; L.T. Case No. 17-3557CF10A.

Maury Halperin, Lauderhill, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***